| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DIFFENBACH, WITT & BIRCHBY<br>By:   John D. Birchby, Esquire<br>West 100 Century Road<br>Paramus, New Jersey 07652<br>Phone:  (201) 967-1217 | |
| WILLIAM GAEL,<br><br>                            Debtor(s) | Case No.: 12-32970 RG<br><br>Chapter 11<br><br> Hearing Date:  June 19, 2013<br><br>Judge:   Rosemary Gambardella |



Order Filed on
**7/11/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

### INTERIM ORDER PERTAINING TO MOTION FOR RELIEF FROM STAY FILED BY HUDSON CITY SAVINGS BANK

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: 7/11/2013**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor: WILLIAM GAEL

Case No: 12-32970 RG

Caption of Order:    **INTERIM ORDER PERTAINING TO MOTION FOR RELIEF FROM STAY FILED BY HUDSON CITY SAVINGS BANK**

---

1. The Automatic Stay Under 11 U.S.C. section 362(a), as to Hudson City Savings Bank ("HCSB"), shall continue unless otherwise ordered by this court.

2. The Hearing on HCSB's Motion for Relief From Stay shall be continued to July 17, 2013, at 2:00 p.m.

3. Debtor, through counsel, shall be required to immediately file a Retention Application to retain the Real Estate Broker with respect to the listing of the property located at 1225 River Road, Unit 4D, Edgewater, New Jersey 07020 ("The Property").

4. Debtor shall be required to continue making monthly adequate protection payments to HCSB in the sum of $1,500.00, until further order of the court.

*Approved by Judge Rosemary Gambardella   July 11, 2013*